1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANNY LEON and CRISTINA LEON,

        Plaintiffs,

  v.

CITIMORTGAGE, INC, CR TITLE
SERVICES, and DOES 1 through 10,

        Defendants.

_____/

No. C 12-2824 SI

**ORDER TO SHOW CAUSE WHY CASE
SHOULD NOT BE DISMISSED FOR
FAILURE TO PROSECUTE**

      On May 4, 2012, plaintiffs filed this foreclosure-related action against defendants Citimortgage, Inc. and CR Title Services in Alameda Superior Court. On June 1, 2012, defendants removed the case to this Court. On June 8, 2012, defendants filed a motion to dismiss plaintiffs' complaint for failure to state a claim. On June 18, 2012, the Court referred this case to the Alternative Dispute Resolution (ADR) Unit for a telephone conference to assess this case's suitability for mediation or a settlement conference. The Court vacated the defendant's motion to dismiss while the case was discussed in ADR.

      On August 6, 2012, defendant Citimortgage filed an *Ex Parte* Applicaiton for Order Dismissing Action For Failure to Prosecute. Defendant informs the Court that plaintiffs did not appear at the ADR telephone conference. Defendant further informs the Court that plaintiff's counsel has been suspended from the practice of law since June 21, 2012. *See* Def.'s Ex Parte Application, Ex. 1. Plaintiffs have not filed any opposition to defendant's application or motion to dismiss, or contacted this Court in any other way.

      Accordingly, plaintiffs are **ORDERED TO SHOW CAUSE in writing by August 17, 2012**, why this case should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b). Failure to

comply with this deadlines will result in the dismissal of plaintiff's complaint without prejudice.

**IT IS SO ORDERED.**

Dated: August 10, 2012

_____
SUSAN ILLSTON
United States District Judge