IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY LEON and CRISTINA LEON, | No. C 12-2824 SI |
| Plaintiffs, | **ORDER DISMISSING CASE** |
| v. | |
| CITIMORTGAGE, INC, CR TITLE SERVICES, and DOES 1 through 10, | |
| Defendants. _____/ | |

On August 10, 2012, the Court issued an Order to Show Cause why this foreclosure-related case should not be dismissed for failure to prosecute. *See* Dkt. 18; Fed. R. Civ. P. 41(b). The Court set a deadline of August 17, 2012 for plaintiffs to show cause, and warned that failure to do so would result in dismissal of this case. As of August 23, 2012, plaintiffs have not shown cause, nor contacted the Court in any other way. This case is DISMISSED WITHOUT PREJUDICE. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 23, 2012

_____
SUSAN ILLSTON
United States District Judge