IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY LEON and CRISTINA LEON, | No. C 12-2824 SI |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| CITIMORTGAGE, INC, CR TITLE SERVICES, and DOES 1 through 10, | |
| Defendants. | |

The Court has dismissed this case without prejudice for failure to prosecute. Judgment shall be entered accordingly.

**IT IS SO ORDERED AND ADJUDGED..**

Dated: August 23, 2012

SUSAN ILLSTON
United States District Judge